Mary Jo O'Neill  AZ Bar No. 005924
Sally C. Shanley  AZ Bar No. 012251
Equal Employment Opportunity Commission
3300 N. Central Ave., Suite 690
Phoenix, Arizona   85012
Telephone:  602-640-5020
Fax:  602-640-5009
Email:  Michelle.Marshall@eeoc.gov
           Valerie.Meyer@eeoc.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>          Plaintiff,<br><br>vs.<br><br>Love's Travel Stops & Country Stores, Inc., an Oklahoma corporation,<br><br>          Defendant. | CV<br><br>**COMPLAINT** |

## **NATURE OF THE ACTION**

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991, 42 U.S.C. § 1981a against Love's Travel Stops & Country Stores, Inc., ("Defendant" or "Love's") to correct unlawful employment practices on the bases of sexual harassment and to provide appropriate relief to Sara Gregoire and a class of female employees who was adversely affected by such practices.   The Commission alleges Ms. Gregoire and a class of female employees, at least one of whom was a teenager,  were subjected to sexual harassment by customers at Love's.   The Commission further alleges that although the women made repeated complaints to management, no action was taken.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345.  This action is authorized and instituted pursuant to Section 706 (f)(1) and (3)  of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-5(f)(1) and (3); and Section 102  of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the District of Arizona.

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(1) and (3) of Title VII, 42 U.S.C. §2000e-5(f)(1) and (3).

4. Defendant Love's Travel Stops & Country Stores, Inc., an Oklahoma corporation, has continuously been doing business in the state of Arizona and the City of Buckeye and has at all relevant times had at least fifteen employees.

5. At all relevant times, Defendant has continuously been an employer engaged in an industry affecting commerce within the meaning of Section 701(b), (g) and (h) of Title VII, 42 U.S.C. § 2000e (b), (g) and (h).

## STATEMENT OF CLAIMS

6. More than thirty days prior to the institution of this lawsuit, Charging Party Sara Gregoire filed a Charge of Discrimination with the Commission, alleging that Defendant violated Title VII.  All conditions precedent to the institution of this lawsuit have been fulfilled.

7. Charging Party Sara Gregoire was employed by Defendant in Buckeye, Arizona as a cashier and food server.

8. Since at least December, 2004, Defendant has engaged in unlawful employment practices at its Quartzsite, Arizona facility in violation of Section 703 (a) of Title VII, 42 U.S.C. § 2000e-2(a), including subjecting Sara Gregoire and a class of female employees to a hostile work environment due to sexual harassment.

9. The sexual harassment to which Defendant subjected Ms. Gregoire and other female employees includes, but was not limited to customers repeatedly making sexual comments about female employees, and females in general, and inappropriate touching of female employees

10. Although Ms. Gregoire and other female employees repeatedly complained to management, their complaints were ignored or they were told that the behavior was expected because they worked at a truck stop. Management failed to take reasonable appropriate action to prevent the sexual harassment

11. The effect of the practices complained of in paragraphs 8 through 10 above has been to deprive Sara Gregoire and a class of female employees of equal employment opportunities and otherwise adversely affect their status as employee because of their sex, female.

12. The unlawful employment practices complained of in paragraphs 8 through 10 above were intentional.

13. The unlawful employment practices complained of in paragraphs 8 through 10 above were done with malice or with reckless indifference to the federally protected rights of Sara Gregoire and a class of female employees.

## **PRAYER FOR RELIEF**

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant, its officers, successors, assigns, and all persons in active concert or participation with it, from engaging in discrimination on the basis of sex.

  B. Order Defendant to institute and carry out policies, practices, and programs which provide equal employment opportunities for females and which eradicate the effects of its past and present unlawful employment practices.

  C. Order Defendant to make whole Sara Gregoire and a class of female employees by providing compensation for past and future non-pecuniary losses resulting from the unlawful practices described in paragraphs 8-10 above, including emotional pain, suffering, inconvenience, mental anguish, and loss of enjoyment of life, in amounts to be determined at trial.

  D. Order Defendant to pay Sara Gregoire and a class of female employees punitive damages for its malicious and/or reckless conduct described in paragraphs 8-10 above in amounts to be determined at trial.

  E. Grant such further relief as the Court deems necessary and proper in the public interest.

  F. Award the Commission its costs of this action.

## JURY DEMAND

The Commission requests a trial by jury on all questions of fact raised by its complaint.

DATED this 26th day of September, 2007.

            RONALD S. COOPER
            General Counsel

            JAMES L. LEE
            Deputy General Counsel

            GWENDOLYN YOUNG REAMS
            Associate General Counsel

            EQUAL EMPLOYMENT
            OPPORTUNITY COMMISSION
            1801 L Street, N.W.
            Washington, D.C.  20507

s/ Mary Jo O'Neill
MARY JO O'NEILL
Regional Attorney


s/Sally Shanley
SALLY C. SHANLEY
Supervisory Trial Attorney


EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Phoenix District Office
3300 N. Central Ave., Suite 690
Phoenix, Arizona  85012
(602) 640-5020
Attorneys for Plaintiff